■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. MONROE BROWN, Appellant, v. R. E. HEROLD, as Director of Dannemora State Hospital, Respond-

ent.  (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JULIAN POTTER, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— [In each action] Permission to prosecute appeals as poor persons granted. Appeals may be perfected upon one typewritten copy of the records and five typewritten copies of the briefs.